DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHANNON L. POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANNON L. POWELL, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:06-cr-344 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER THEREON <br><br> Date: April 6, 2007 <br> Time: 9:00 a.m. <br> Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for March 9, 2007, may be continued to **April 6, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow defendant additional time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED: February 28, 2007                McGREGOR W. SCOTT
                                            United States Attorney

4                                           /s/ David L. Gappa
                                            DAVID L. GAPPA
5                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8  DATED: February 28, 2007                 DANIEL J. BRODERICK
                                            Federal Defender

10                                          /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
11                                          Assistant Federal Defender
                                            Attorney for Defendant

14                                O R D E R

15 The Court has received and reviewed the stipulation.   On a one-time basis, the Court finds a request for additional time to consider a plea offer constitutes good cause, both to grant the continuance and to exclude time pursuant to the authority cited in the stipulation.

17 IT IS SO ORDERED.

18 **Dated:   March 2, 2007**              **/s/ Lawrence J. O'Neill**
   b9ed48                                   UNITED STATES DISTRICT JUDGE