1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>SHANNON L. POWELL,<br><br>           Defendant.<br>_____/ | CASE NO. CR F 06-0344 LJO<br><br>**ORDER TO CORRECT PRETRIAL ORDER**<br><br>Jury Trial:       Date: July 30, 2007<br>(3 days est.)    Time: 9 a.m.<br>                 Dept.: 4 (LJO) |

This Court's July 13, 2007 pretrial order inadvertently referred to June 2007 dates. Such references should have been to July 2007. More specifically, page 1, line 23 should read that trial will start on **July 30, 2007**. Page 2, line 5 should read that witness lists are due on **July 25, 2007**.

IT IS SO ORDERED.

**Dated:   July 16, 2007**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1