DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHANNON L. POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-344 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; AND  ORDER THEREON |
| v. | ) | |
| | ) | |
| SHANNON L. POWELL, | ) | Date:  November 2, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Dept :  Hon. Lawrence J. O'Neill |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

attorneys of record herein, that the Sentencing hearing scheduled for October 12, 2007 be reset to

**November 2, 2007**, with the following schedule for objections:    Informal Objections  are due on or

before **October 5, 2007**; Presentence Report to the Court due on or before **October 19, 2007**; and Formal

Objections due on or  before **October 26, 2007**.

   The rescheduling is being requested by defense counsel due to recent extended absences from his

///

///

///

///

///

///

///

1   office on personal leave, and consequently not being able to complete work on this case.

2           DATED:  September 27, 2007        DANIEL J. BRODERICK
Federal Defender

3

4                                            /s/ Victor M. Chavez
VICTOR M. CHAVEZ

5                                          Assistant Federal Defender
Attorney for Defendant

6

7

8           DATED:  September  27, 2007      McGREGOR W. SCOTT
United States Attorney

9

10                                          /s/ David L. Gappa
DAVID L. GAPPA

11                                          Assistant U.S. Attorney
Attorney for Plaintiff

12

13   GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE.  AS REQUESTED, THE DATES
OUTLINED IN THE STIPULATION ARE ACCEPTABLE TO THE COURT.

14

15

16

17

18   IT IS SO ORDERED.

19

20   **Dated:   September 27, 2007**         **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing Hearing     2