**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant, SHANNON L. POWELL


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 1:06-cr-00344 LJO |
|                               ) | |
|            Plaintiff,         ) | **STIPULATION AND ORDER CONTINUING SENTENCING** |
|                               ) | |
| v.                            ) | |
|                               ) | |
| SHANNON L. POWELL,            ) | |
|                               ) | |
|            Defendant.         ) | |
|                               ) | |
| _____ ) | |

　　　IT IS HEREBY STIPULATED by and between defendant, SHANNON L. POWELL, and through his attorney, Dale A. Blickenstaff, and Plaintiff, United States of America, by and through Assistant United States Attorney, David L. Gappa, that the sentencing hearing in the above-captioned matter be continued from January 4, 2007, to January 11, 2008, at 9:00 a.m.

　　　The parties jointly request this continuance, as everything is not completed in order for the sentencing to go forward.

　　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER CONTINUING SENTENCING - Case No. 1:06-cr-00344 LJO**

Title 18, United States Code §3161(h)(8)(A): that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy resolution of this matter.

Dated: January 2, 2008

/s/
DALE A. BLICKENSTAFF
Attorney for Defendant, SHANNON L. POWELL

Dated: January 2, 2008

/s/
DAVID L. GAPPA
Assistant U. S. Attorney

***************************************************************************

IT IS SO ORDERED.

**Dated:   January 2, 2008**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER CONTINUING SENTENCING - Case No. 1:06-cr-00344 LJO**