**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
SHANNON POWELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | Case No.: 1:06-CR-00344 LJO |
| )<br>**Plaintiff,**     )<br>) | **STIPULATION TO CONTINUE DISPOSITION HEARING ON VIOLATION OF SUPERVISED RELEASE** |
| **vs.**     ) | |
| )<br>**SHANNON POWELL,**     )<br>) | |
| **Defendant.**     ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Gappa, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant, Shannon Powell, that the Disposition Hearing now scheduled for August 20, 2018, at 8:30 a.m. be continued to December 17, 2018, at 8:15 am.

The reason for the continuance is to allow Mr. Powell to transition from group therapy to weekly individual therapy and, then, to reevaluate his progress within three months.

The US Probation Officer, Adam Tunison, is in accord with this continuance and the change in treatment plan for Mr. Powell.

///

///

///

Dated: August 16, 2018        McGREGOR W. SCOTT
                              United States Attorney

                              By    /s/ *David Gappa*
                              DAVID GAPPA
                              Assistant United States Attorney

Dated: August 16, 2018        Respectfully submitted,

                              By    /s/ *Dale A. Blickenstaff*
                              DALE A. BLICKENSTAFF, Attorney for
                              SHANNON POWELL

## **ORDER**

The Court has read and considered the stipulation of the parties to continue the Disposition Hearing on Violation of Supervised Release. Good cause appearing, the Disposition Hearing is continued to December 17, 2018, at 8:15 am.

IT IS SO ORDERED.

Dated:   **August 16, 2018**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE